JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT FLOYD RUSSO,<br><br>                    Plaintiff,<br><br>       v.<br><br>CHIKKA RAJU, et al.,<br><br>                    Defendants. | Case No. 5:19-cv-00849-JGB (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Complaint,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

DATED: 6/30/2020

HONORABLE JESUS G. BERNAL
United States District Judge